(Del. Rev. 05/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Jennifer Murphy Millington
Little Crow

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

GEICO
Fredericksburg, VA 22403
Re 0330946 440101

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

Civ. Action No. **14-929**
(To be assigned by Clerk's Office)

# COMPLAINT
(Pro Se)

Jury Demand?
☒ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Do not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 05/14) Pro Se General Complaint Form

## I. PARTIES IN THIS COMPLAINT

### Plaintiff

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: **MILLINGTON    JENNIFER - Murphy**
Name (Last, First, MI)

**P.O. Box 1531**
Street Address

**Sussex    Seaford    De.    19973**
County, City                State           Zip Code

**856-503-1406**
Telephone Number                    E-mail Address (if available)

### Defendant(s)

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **GEICO**
Name (Last, First)

**(Fredericksburg)    1-GEICO Drive**
Street Address

**Fredericksburg,   Va    22403**
County, City                State           Zip Code

Defendant 2: _____
Name (Last, First)

_____
Street Address

_____
County, City          State        Zip Code

(Del. Rev. 05/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: _____
Name (Last, First)

_____
Street Address

_____  _____  _____
County, City                State           Zip Code


Defendant 4: _____
Name (Last, First)

_____
Street Address

_____  _____  _____
County, City                State           Zip Code

## II.   BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

_American Indian (Female)_
_____
_____

(Del. Rev. 05/14) Pro Se General Complaint Form

### III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

A Protective Class member (Recognised) Federal/State

### IV. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: 6-27-2014

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

> What happened to you?

I am a Native American Female and head of my household. The only support, single parent.
On and about June 27th of 2014 I was struck in the rear of my vehicle by Defendant Pamela Anthony at about 70 miles per

(Del. Rev. 05/14) Pro Se General Complaint Form

hour and my vehicle was shoved over 25 feet. I was stopped because of Animals crossing the road. My Foot was still on the break. I felt my neck snapped I use both hands to hold my head up off my neck. I didn't recieve any traffic ticket violations the defendant did. At a later date both vehicle I Assumed where repaired.
I sustain injuries of the cervical spine, damage to my upper back. Neuropathy and on set of Fibro myositis in which I suffer in continued pain the rest of my life. With Trauma I am still being treated. And not being able to lead a productive life without chance of a future life in recovered suffering.
As confirmed by my treating Physician

Was anyone else involved?

(Del. Rev. 05/14) Pro Se General Complaint Form

| Who did what? | *Pamela Anthony of Geico* |

(Del. Rev. 05/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Cervical spine damage
upper back
Neuropathy
Fibromyositis

## VI. RELIEF

The relief I want the court to order is:

☒ Money damages in the amount of: $ 400,000.00

☐ Other (explain):

(Del. Rev. 05/14) Pro Se General Complaint Form

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

_July 15, 2014_
Dated

_[Plaintiff's Signature]_
Plaintiff's Signature

_MILLINGTON    JENNIFER - MURPHY_
Printed Name (Last, First, MI)

_P.O. Box 1531_    _Seaford_    _De_    _19973_
Address    City    State    Zip Code

_856-503-1406_
Telephone Number    E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Do not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**